# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES MARINE, INC. AND VT HALTER MARINE, INC., <br> PLAINTIFFS <br><br> v. <br><br> HODGDON YACHTS, INC. AND HODGDON DEFENSE COMPOSITES, LLC, <br> DEFENDANTS AND THIRD-PARTY PLAINTIFFS <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> THIRD-PARTY DEFENDANT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 10-143-P-H |

## ORDER ON MOTIONS TO DISMISS

Upon motion, the plaintiffs' Complaint is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**. The third-party plaintiffs' Third-Party Complaint is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

**SO ORDERED.**

**DATED THIS 22ND DAY OF APRIL, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**